FILED
HARRISBURG, PA
FEB 18 2026
PER
DEPUTY CLERK 

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-cr- 022 |
| v. | : | (JUDGE Munley ) |
| ANDREW MULKERIN,<br>Defendant | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 115(a)(1)(B)
(Threatening to Assault United States Judges and Federal Officers)

On or about January 7, 2026, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

**ANDREW MULKERIN,**

did knowingly and intentionally threaten to murder and assault unnamed United States judges and unnamed Federal law enforcement officers, with the intent to impede, intimidate, and interfere with such judges and officers while engaged in the performance of their official duties, and with the intent to retaliate against such judges and officers on account of the performance of official duties, to wit, by telling a

Deputy United States Marshal that he would "shoot up" the Sylvia H. Rambo United States Courthouse.

In violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

███████████
FOREPERSON

*Christian T. Haugsby*
CHRISTIAN T. HAUGSBY
Assistant United States Attorney

2/18/26
Date

2