FILED
HARRISBURG, PA

FEB 18 2026

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:26-CR-022 |
| v. | : | (Judge MUNLEY) |
| ANDREW MULKERIN,<br>     Defendant. | : | |

### ORDER FOR WARRANT

AND NOW, on this 18th day of FEBRUARY, 2026, upon request of the United States Attorney for the Middle District of Pennsylvania, it is hereby

ORDERED that a warrant be issued for the arrest of the above-named defendant.

IT IS FURTHER ORDERED that at the time service of the warrant is made, the United States Marshal also serves upon the defendant a certified copy of the Indictment in the above-named case.

_____
[ ] U.S. DISTRICT JUDGE
[X] U.S. MAGISTRATE JUDGE