UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : No. 1:26-CR-22 |
| | : |
| v. | : |
| | : (Munley, J.) |
| ANDREW MULKERIN, | : |
| | : (Caraballo, M.J.) |
| Defendant | : |

## ORDER

AND NOW, this 20th day of February 2026, following a Detention Hearing held in this matter, IT IS HEREBY ORDERED that, on or before February 23, 2026, the United States Probation Office shall conduct a home assessment of the defendant's residence at 1740 Adeline Drive, Mechanicsburg, PA. The Probation Office is directed to report back to the Court upon completion of the assessment.

IT IS FURTHER ORDERED that the Defendant, Andrew Mulkerin, remain DETAINED and in the custody of the United States Marshal until a Detention Hearing to be held on **Monday, February 23, 2026 at 2:30 p.m.** before the undersigned.

BY THE COURT,

*s/ Phillip J. Caraballo*
PHILLIP J. CARABALLO
UNITED STATES MAGISTRATE JUDGE