# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00022-01 |
| | : | |
| v. | : | |
| | : | |
| ANDREW MULKERIN, | : | |
| Defendant | : | |

FILED
HARRISBURG, PA

FEB 20 2026

PER _____
DEPUTY CLERK

## ORDER

Upon a finding that the defendant is financially unable to obtain counsel, **IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant ~~in all proceedings arising from~~ *FOR TODAY'S PROCEEDINGS FOR* the within Indictment.

Daryl F. Bloom
Chief United States Magistrate Judge

Dated: FEBRUARY 20, 2026