# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:26-CR-0022-01 |
| | : | |
| v. | : | |
| | : | FILED |
| ANDREW MULKERIN, | : | HARRISBURG, PA |
| | : | FEB 20 2026 |
| Defendant | : | PER ___KJW___ |
| | | DEPUTY CLERK |

## PLEA

AND NOW, this __20th__ day of __February__, 2026, the within named defendant, hereby enters a plea of __not guilty__ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)