UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:26-CR-22 |
| | : | |
| v. | : | (Judge Munley) |
| | : | |
| **ANDREW MULKERIN,** | : | (M.J. Caraballo) |
| Defendants | : | |

### MOTION TO UNSEAL

The United States respectfully moves the Court to unseal this case because there is no longer a need to keep this matter under seal.

Respectfully submitted,

BRIAN D. MILLER
UNITED STATES ATTORNEY

/s/ Christian T. Haugsby
Christian T. Haugsby
Assistant U.S. Attorney

### ORDER

It is so ORDERED, this 20th day of February 2026.

Phillip Caraballo
United States Magistrate Judge