AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| ANDREW MULKERIN | ) Case No. 1:26-CR-0022 |
| | ) |
| | ) |
| Defendant | ) |

**ARREST WARRANT**

FILED
HARRISBURG, PA

MAR 0 5 2026

PER _____
DEPUTY CLERK

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Andrew Mulkerin
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Threatening to assault United States Judges and Federal Officers

Date: 02/18/2026

s/Anita A. Arledge
*Issuing officer's signature*

City and state:   Harrisburg, PA

Anita A. Arledge, deputy clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/18/2026, and the person was arrested on *(date)* 2/26/2026
at *(city and state)* Mechanicsburg, PA.

Date: 2/26/2026

*Arresting officer's signature*

Matt Hartman, Supervisory Deputy U.S. Marshal
*Printed name and title*