IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket No.: 1:26-CR-22 |
| | : | |
| v. | : | (Honorable Julia K. Munley) |
| | : | |
| ANDREW MULKERIN, | : | |
| Defendant | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Please enter the undersigned's appearance as counsel on behalf of the Defendant, Andrew Mulkerin, with regard to the above-captioned matter.

    Respectfully submitted,

    TUCKER ARENSBERG, P.C.

    */s/Heidi R. Freese*
    Heidi R. Freese, Esquire
    PA I.D. No. 87668
    300 Corporate Center Drive
    Suite 200
    Camp Hill, PA  17011
    717-221-7967
    hfreese@tuckerlaw.com

Date: March 11, 2026

# **CERTIFICATE OF SERVICE**

AND NOW, this 11th day of March, 2026, I hereby certify that I have served the foregoing PRAECIPE FOR ENTRY OF APPEARANCE on the following via electronic delivery:

Assistant United States Attorney Christian T. Haugsby
U.S. Attorney's Office
228 Walnut Street, Suite 228
Harrisburg, PA 17101


TUCKER ARENSBERG, P.C.


*/s/Heidi R. Freese*
Heidi R. Freese, Esquire
PA I.D. No. 87668
300 Corporate Center Drive
Suite 200
Camp Hill, PA  17011
717-221-7967
hfreese@tuckerlaw.com