**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **No. 1:26CR22** |
| | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | |
| **ANDREW MULKERIN,** | : | |
| **Defendants** | : | |

## SCHEDULING ORDER

As the deadline for filing pretrial motions has passed, and no pretrial motions have been filed, the above case is hereby scheduled for trial:

1) Jury selection and trial will be held on **Monday, April 13, 2026** beginning at 8:30 AM in Courtroom 2, William J. Nealon Federal Building and United States Courthouse, 235 N. Washington Ave., Scranton, PA 18503.

*2)* The pretrial conference shall be held on **Thursday, April 2, 2026 at 10:00AM.** *Additionally, at that time, the Court will consider the Defendant's motion (Doc.26) for reconsideration of the detention order imposed by Magistrate Judge Caraballo.*

3) Motions in {imine and briefs in support thereof. shall be filed fourteen (14) days before the pretrial conference. Briefs in opposition to motions in limine shall be filed seven (7) days before the pretrial conference. A brief joint statement about the case to be read to the jurors during voir dire. proposed voir dire questions. proposed iury instructions. proposed

<u>verdict slip (from the government). and a proposed witness list with a short description of the wjtness's testimony (from the government) are due 14 days prior to the pretrial conference.</u>

4) Any delay occasioned by the scheduling of this trial shall be excluded from the speedy trial calculation pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i) & (iv).

**Date: 3/16/26**                                         **BY THE COURT:**

<u>s/Julia K. Munley</u>
**JUDGE JULIA K. MUNLEY**
**United States District Court**

2