IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,  : Docket No.: 1:26-CR-22
                           :
                           :
                           :
         v.                : (Honorable Julia K. Munley)
                           :
ANDREW MULKERIN,           :
         Defendant         :

**ORDER**

AND NOW, this _____ day of _____, 2026, upon

consideration of the Unopposed Motion to Continue Motions in Limine,

Submission of Proposed Voir Dire Questions, Proposed Jury Instructions, Proposed

Verdict Sip, and Proposed Witness List Deadlines filed by Defendant, Andrew

Mulkerin, the Court finds that the ends of justice will be served by granting the

Motion.

THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1.     The Unopposed Motion to Continue Motions in Limine, Submission

of Proposed Voir Dire Questions, Proposed Jury Instructions, Proposed Verdict

Sip, and Proposed Witness List Deadlines is GRANTED in part;

2.     All motions in limine and supporting briefs shall be filed on or before

**March 19, 2026 before 5:00PM;**

3.     Proposed voir dire questions, proposed jury instructions, proposed verdict slip, and proposed witness list shall be submitted on or before March 27, 2026.

4.     Briefs in opposition to motions in limine shall be filed on or before **March 27, 2026**.

5.     The Court, for the reasons advanced by the defendant, finds that the ends of justice will be served by affording additional time to file motions in limine and that denial of the motion would likely result in a miscarriage of justice. 18 U.S.C. §3161(h)(7).

Julia K. Munley
United States District Court