UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-CR-022 |
| | : | |
| v. | : | |
| | : | (Judge Munley) |
| ANDREW MULKERIN, | : | |
| Defendant | : | |
| | : | |

## JOINT STATEMENT OF THE CASE

The Indictment in this case charges defendant Andrew Mulkerin with one (1) count of Threatening to Assault United States Judges and Federal Officers.

The Indictment alleges that on or about January 7, 2026, the defendant, Andrew Mulkerin, knowingly and intentionally threatened to murder and assault unnamed United States judges and unnamed Federal law enforcement officers, with the intent to impede, intimidate, and interfere with such judges and officers while they engaged in the performance of their official duties, and with the intent to retaliate against such judges and officers on account of the performance of their official duties.

The Indictment alleges the defendant did this by telling a Deputy United States Marshal that he would "shoot up" the Sylvia H. Rambo United States Courthouse.

The defendant denies these allegations and has pleaded "not guilty" to the charge in the Indictment.

1

Respectfully submitted,
BRIAN D. MILLER
United States Attorney

Date:  March 19, 2026

/s/ *James M. Buchanan*
JAMES M. BUCHANAN
Assistant United States Attorney
PA 330012
United States Attorney's Office
235 North Washington Ave., Suite 311
Scranton, PA 18503
(570) 348-2800
james.buchanan@usdoj.gov


COUNSEL FOR ANDREW MULKERIN

/s/ *Heidi R. Freese*
Heidi R. Freese, Esq.
Tucker Arensberg, P.C.
300 Corporate Center Dr., Suite 200
Camp Hill, PA 17011
(717) 221-7967

hfreese@tuckerlaw.com

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-CR-022 |
| | : | |
| v. | : | |
| | : | (Judge Munley) |
| ANDREW MULKERIN, | : | |
| Defendant | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2026, a copy of the foregoing Joint Statement of the Case was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to Heidi R. Freese, Esquire, Counsel for the defendant.

/s/ Stephanie Kakareka
STEPHANIE KAKAREKA
Legal Administrative Specialist

3