UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:26-CR-22 |
| | : | |
| v. | : | (Judge Mannion) |
| | : | |
| ANDREW MULKERIN | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Plaintiff, United

States of America, in the above captioned case.

> BRIAN D. MILLER
> United States Attorney
>
> /s/ Sarah R. Lloyd
>
> _____
>
> SARAH R. LLOYD
> Assistant United States Attorney
> PA 311214
> U.S. Attorney's Office
> Middle District of Pennsylvania
> 235 N. Washington Avenue,
> Suite 311
> Scranton, PA 18503
> (570) 348-2800