UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:26-CR-22 |
| | : | |
| ANDREW MULKERIN, | : | (Judge Munley) |
| Defendant. | : | |

## **PROPOSED VOIR DIRE**

The United States respectfully proposes the following voir dire questions.

Respectfully submitted,
BRIAN D. MILLER
United States Attorney

Date:  March 27, 2026          /s/ James M. Buchanan
JAMES M. BUCHANAN
Assistant United States Attorney
PA 330012
United States Attorney's Office
235 North Washington Ave., Suite 311
Scranton, PA 18503
P: (570) 348-2800
james.buchanan@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:26-CR-22 |
| | : | |
| ANDREW MULKERIN, | : | (Judge Munley) |
| Defendant. | : | |

## **VOIR DIRE**

Pursuant to Fed. R. Crim. P. Rule 24(a), the United States

requests that the Court, in addition to the Court's usual voir dire, ask

the following questions in jury selection for this case.

## I.   **General Questions**

1.   The government respectfully requests that the Court inquire
as to the following:

   a.   Difficulty reading or understanding English;

   b.   Educational background;

   c.   Military background;

   d.   Present employment and job duties;

   e.   Whether the prospective juror owns or has owned
his/her own business;

   f.   Whether the juror or any family member or close friend
has ever worked for a prosecutor, criminal defense
lawyer or private investigator;

   g.   Whether the juror or any relatives or close friends are
judges, law clerks, court attendants, court clerks, other
types of court personnel, probation officers, or persons
connected with any penal institution, jail or
penitentiary, a criminal rehabilitation program such as

> a halfway house, a narcotics prevention program, a parole board, a crime prevention board, including youth programs, or the like;

    h.    From which sources does the juror get their news; and

## II.   Questions about Contact with Law Enforcement and Bankruptcy Courts

2.    Have you or any family member or close friend ever worked in local, state, or federal law enforcement? If so, please explain.

3.    Have you or any family member or close friend had experiences or interactions with any other federal, state or local law enforcement agency? What was the experience? Is there anything about that experience that would impact your ability to be a fair and impartial juror in this case?

4.    Have you or any family member or close friend had any experiences or interactions with the United States Attorney's Office or the United States Department of Justice? What was the experience? Is there anything about that experience that would impact your ability to be a fair and impartial juror in this case?

5.    Have you, or have any close friend or family member, ever been charged with a crime? What crime? Do you believe that those charges were fairly brought? Is there anything about that experience that would impact your ability to be a fair and impartial juror in this case?

6.    Have you, or any close friend or family member, ever been the subject of any criminal investigation? Is there anything about that experience that would impact your ability to be a fair and impartial juror in this case?

7.    Have you, or any close friend or family member, ever been a victim of a crime? Is there anything about that experience that would impact your ability to be a fair and impartial juror in this case?

8.  Do you have any other opinions or beliefs concerning law enforcement agencies that would impact your ability to be a fair and impartial juror in this case?

9.  Have you, or has any member of your family, either as an individual or in the course of business, ever been a party to any legal action, bankruptcy proceeding, or bankruptcy dispute with a United States Bankruptcy Court, with any agencies or employees associated with a United States Bankruptcy Court, or with a state or local bankruptcy courts, or otherwise had any interest in any such legal action, case or dispute or its outcome?  If so:

    a.  When did this occur?

    b.  Were you or the other person involved satisfied with the result of the bankruptcy proceedings?

    c.  In your opinion, were you or the other person involved, treated fairly and courteously by the United States Bankruptcy Court and Court personnel?

    d.  Do you have any feelings or opinions about United States Bankruptcy Court or Court personnel based upon this or any other experience that would make you unable to decide this case fairly?

10. Do you hold any personal feelings or opinions about the United States bankruptcy system that would prevent you from rendering a fair and impartial verdict in this case?

11. Have you, any member of your family or anyone close to you ever been involved in any legal dispute or interaction with the United States Marshals?  If so:

    a.  When did this occur?

    b.  Was it criminal or civil activity?

    c.  Were you or the other person involved satisfied with the results of the interaction with the United States Marshals?

    d.    In your opinion, were you or the other person involved treated fairly and courteously by the United States Marshals employees?

    e.    Do you have any feelings or opinions about the United States Marshals based on this or any other experience that would make you unable to decide this case fairly?

## III.   Legal Experience

12.   Have you or any family member or close friend ever studied law, been employed at a law firm, law office, or legal practice of any type, or by a prosecuting attorney's office or a public defender's office? If so, please explain.

13.   Have you previously served as a juror in a criminal matter and, if so, did the jury upon which you served reach a verdict?

14.   Have you previously served on a state or federal grand jury and, if so, did the jury upon which you served return any indictment(s)?

15.   Have you ever previously been party to a proceeding at, or visited,  the Sylvia H. Rambo United States Courthouse located in Harrisburg, Pennsylvania?

## IV.   Concluding Questions

16.   Do you have any special disability, hardship, or medical problem that would make it difficult or impossible for you to serve as a member of this jury? If yes, please explain.

17.   Do you have any convictions, whether moral, religious, philosophical, or otherwise, that would make it difficult or impossible for you to be a fair and impartial juror in this case or to sit in judgment of others? If yes, please explain.

18.   If you are selected to sit as a juror, will you be able to render a fair and impartial verdict based only on the evidence presented during the trial and the Court's instructions on the law? If no, please explain.

19. Do you know of any matter which you feel you should call to the court's attention which may have some bearing on your qualifications as a juror or which you feel may prevent you from rendering a fair and impartial verdict based solely upon the evidence and the Court's instructions as to the law? If yes, please explain.

20. Are you familiar with any of the following persons and places?

>James Buchanan, AUSA

>Sarah Lloyd, AUSA

>Matthew Hartman, Deputy United States Marshal

>Heidi R. Freese, Esq.

>Defendant Andrew Mulkerin

>Irene Mulkerin

>-[Witness List]-

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

       : 

     v.            :       NO. 1:26-CR-22

       :

ANDREW MULKERIN,       :       (Judge Munley)

        Defendant.      :

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on March 27, 2026, she served a copy of the attached

## **GOVERNMENT'S PROPOSED VOIR DIRE**

**by ECF notice to:**

Heidi R. Freese, Esq.
Counsel for the Defendant

/s/ Stephanie Kakareka
STPHANIE KAKAREKA
Legal Administrative Specialist