UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:26-CR-22 |
| | : | |
| ANDREW MULKERIN, | : | (Judge Munley) |
| Defendant. | : | |

## PROPOSED VERDICT FORM

The United States respectfully proposes the Court utilize the attached verdict form in the above-captioned case.

Respectfully submitted,
BRIAN D. MILLER
United States Attorney

Date: March 27, 2026

/s/ James M. Buchanan
JAMES M. BUCHANAN
Assistant United States Attorney
PA 330012
United States Attorney's Office
235 North Washington Ave., Suite 311
Scranton, PA 18503
P: (570) 348-2800
james.buchanan@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:26-CR-22 |
| | : | |
| ANDREW MULKERIN, | : | (Judge Munley) |
| Defendant. | : | |

## **<u>VERDICT FORM</u>**

WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS

FINDINGS:

### **<u>Count 1 – 18 U.S.C. § 115(a)(1)(B)</u>**
### **(Threatening to Assault United States Judges and Federal Officers)**

On the charge of threatening to murder or assault unnamed

United States Judges and unnamed Federal law enforcement officers,

we find the defendant **Andrew Mulkerin**

\_\_\_\_\_ GUILTY          \_\_\_\_\_ NOT GUILTY

The foregoing is the unanimous verdict of the jury in the above-captioned case of

**UNITED STATES OF AMERICA**

**v.**

**ANDREW MULKERIN**

Your deliberations are at an end.  The Foreperson should sign and date the verdict form and return it to the Courtroom Deputy.

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

_____          _____
  DATE                                               JURY FOREPERSON

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:26-CR-22 |
| | : | |
| ANDREW MULKERIN, | : | (Judge Munley) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on March 27, 2026, she served a copy of the attached

## GOVERNMENT'S PROPOSED VERDICT FORM

**by ECF notice to:**

Heidi R. Freese, Esq.
Counsel for the Defendant

/s/ Stephanie Kakareka
STPHANIE KAKAREKA
Legal Administrative Specialist