IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,　　　: 　Docket No.: 1:26-CR-22
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　v.　　　　　　　　　　　　: 　(Honorable Julia K. Munley)
　　　　　　　　　　　　　　　　　　　　　:
ANDREW MULKERIN,　　　　　　　　　:
　　　　　　Defendant　　　　　　　　　　　:

## DEFENDANT'S PROPOSED VOIR DIRE

AND NOW, comes the defendant, Andrew Mulkerin, by and through his counsel, Heidi R. Freese, Esquire, and the law firm of Tucker Arensberg, P.C., and pursuant to Rule 24(a) of the Federal Rules of Criminal Procedure, respectfully requests that the following be asked on *Voir Dire*:

Relationship to Parties

1. Do you or any of your close relatives or friends know any of the parties or prospective witnesses for either party in this case?

Prior Service as Juror

2. Has anyone ever been a juror, either in a criminal case or civil case?

    a. When and where did you serve as a juror?

    b. What was the case about?

    c.  How did the case turn out?

    d.  Would this prior experience affect your ability to render a fair verdict in this case?

Prior Service on Grand Jury

3.  Has anyone ever served on a grand jury in either state or federal court?

    a.  When did you serve on a grand jury?

    b.  Where did you serve on a grand jury?

    c.  Would this experience affect your ability to render a fair verdict in this case?

Previous Experience as a Witness

4.  Has anyone ever appeared as a witness in either state or federal court?

    a.  When and where did you appear as a witness?

    b.  What kind of case was it and how did it turn out?

    c.  Would this experience affect your ability to render a fair verdict in this case?

Law Enforcement/Judicial/Agency Contacts

5.  Have you or any member of your family, or any close friend ever been involved in law enforcement, either as an employee, a volunteer, or a staff person?

    a.  What is your relationship to the person involved in law enforcement?

    b.  When was this person in law enforcement and what did he/she do?

     c. Would these contacts affect your ability to render a fair verdict in this case?

6. Have you or any member of your family, or any close friend been a judge or a courthouse employee?

     a. In what court/courthouse did they work?

     b. What is your relationship to the person who is a judge or courthouse employee?

     c. When was this person a judge/courthouse employee, and what did he/she do?

     d. Would these contacts affect your ability to render a fair verdict in this case?

7. Does anyone work for the Federal Government or have a close family member or friend that works for the Federal Government?

     a. In what capacity?

     b. When?

     c. Would this experience affect your ability to render a fair verdict in this case?

Victim of Crime

8.    Have you, any member of your family, any relative, or any close friend ever been the victim of a crime?  (If any prospective juror answers affirmatively to this question, Mr. Mulkerin requests an individual *voir dire* at side bar or in chambers out of the hearing of the other jurors of the following questions):

   a.  Please state the relationship of that person to you.

   b.  What type of crime was involved?

   c.  When did this crime occur?

   d.  Were you a witness to that crime?

   e.  Was anyone charged or prosecuted for that crime?

   f.  Would that experience prevent you from considering this case fairly and impartially or make it more difficult for you to give the defendant in this case a fair trial?

9.  Have you, any member of your family, any relative, or close friend been the victim or subject of threatening, harassment, or stalking behavior, regardless of whether criminal charges were filed?

10. In this case, the Government is alleging that Andrew Mulkerin threatened to assault United States Judges and Federal Officers from the Middle District of Pennsylvania.

    a. Would the fact that the alleged victims are federal judges prevent you from considering this case fairly and impartially?

    b. Would the fact that these individuals are judges cause you to give their testimony more weight than you would give to Mr. Mulkerin's testimony because of fact that they are federal judges?

    c. If yes, why.

Ability to Execute Duties of Juror's Oath and Apply the Law

11. Do any of you believe that a witness called by the prosecution is more trustworthy and reliable than a witness called by the defendant based solely on the fact that the prosecution called the witness?

12. Would any of you have a tendency to believe or to give greater weight to the testimony of a law enforcement officer merely because of his or her employment?

13. If the prosecution fails to meet its burden of proving the guilt of the accused with evidence that amounts to proof beyond a reasonable doubt, would you be able to execute your sworn duties and stand before the prosecutor and say "not guilty?"

Offense

14.  The Government is alleging that Mr. Mulkerin threatened Federal judges and unnamed Federal law enforcement officers with the intent to retaliate against such Judges and officers on account of the performance of their official duties.

    a.  Have you or any member of your family, or any close friend been involved in bankruptcy proceedings? (If any prospective juror responds to this question, Mr. Mulkerin requests that the following questions be asked at side bar):

        i.  What was your role in those proceedings?

        ii.  Did you represent yourself or hire an attorney?

        iii. What was the outcome?

        iv. Would that experience prevent you from considering this case fairly and impartially or make it more difficult for you to give Mr. Mulkerin a fair trial?

    b.  Does anyone disagree with the proposition that individuals have the right to lawful speech, lawful association, and the right to lawfully petition the Government for redress?

6

Firearms

15. Do you or anyone in your household own a firearm?

16. Do you have any strong feelings about firearms that could prevent you from being fair and impartial?

17. Have you or anyone in your household, or close friend, had a negative experience involving guns?

Knowledge of Case

18. Has anyone heard anything about this case from any person or source, including the newspapers, radio, or television?  (If any prospective juror responds to this question, Mr. Mulkerin requests that the following questions be asked at side bar):

    a. Could you please tell us how you heard about this case?

    b. What have you heard about this case?

    c. Given what you have heard, do you have some impression of whether Mr. Mulkerin is guilty or innocent?

    d. Would this affect your ability to render a fair verdict in this case based only on the evidence?

Inability to Serve as Juror

19.   As you know, I have to make sure that all the jurors are fair and impartial.  If there is some reason why you cannot be fair and impartial, or some reason why you cannot serve as a juror, I need to know.  Please raise your hand if there are any other matters which should be brought to my attention, or if there are any reasons why you should not be a juror in this case.  If there is a problem, I need to know about it now.

WHEREFORE, it is respectfully requested that the above questions be asked on *Voir Dire*.


                                            TUCKER ARENSBERG, P.C.

Date:  March 27, 2026                       */s/Heidi R. Freese*
                                            Heidi R. Freese, Esquire
                                            PA I.D. #87668
                                            300 Corporate Center Drive, Ste. 200
                                            Camp Hill, PA 17011
                                            (717) 234-4121
                                            HFreese@tuckerlaw.com


8

**CERTIFICATE OF SERVICE**

I, Heidi R. Freese, Esquire, do hereby certify that I have served Defendant's

Proposed Voir Dire electronically as follows:

James M. Buchanan, Esquire
Sarah R. Lloyd, Esquire
Assistant United States Attorney

and sent to the defendant by placing the same in the United States mail, first class,

postage prepaid, addressed as follows:

Andrew Mulkerin

TUCKER ARENSBERG, P.C.

Date: March 27, 2026

*Heidi R. Freese*
Heidi R. Freese, Esquire
PA I.D. #87668
300 Corporate Center Drive, Ste. 200
Camp Hill, PA 17011
(717) 234-4121
HFreese@tuckerlaw.com