IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:26-cr-00022 |
| | : | |
| v. | : | (Munley, J.) |
| | : | |
| | : | |
| ANDREW MULKERIN | : | (Electronically Filed) |

## **NOTICE OF ENTRY OF APPEARANCE**

TO:   CLERK OF THE U.S. DISTRICT COURT

Please enter the appearance of Michael P. Leahey, Esquire, and the law firm

**TUCKER ARENSBERG, P.C.**

Dated: March 30, 2026         /s/  *Michael P. Leahey*
                              Michael P. Leahey, PA I.D. 92933
                              One PPG Place, Suite 1500
                              Pittsburgh, PA  15222
                              mleahey@tuckerlaw.com
                              (412) 594-5657
                              *Attorneys for Andrew Mulkerin*

## <u>CERTIFICATE OF SERVICE</u>

I, Michael P. Leahey, Esquire, do hereby certify that I have served the Notice

of Appearance as follows:

James M. Buchanan, Esquire
Sarah R. Lloyd, Esquire
Assistant United States Attorney

and sent to the defendant by placing the same in the United States mail, first class,

postage prepaid, addressed as follows:

Andrew Mulkerin


**TUCKER ARENSBERG, P.C.**

Dated: March 30, 2026           /s/  *Michael P. Leahey*
                                Michael P. Leahey, PA I.D. 92933
                                One PPG Place, Suite 1500
                                Pittsburgh, PA  15222
                                mleahey@tuckerlaw.com
                                (412) 594-5657
                                *Attorneys for Andrew Mulkerin*