IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26cr22 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| ANDREW MULKERIN, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this ___1st___ day of April 2026, upon consideration of

Defendant Andrew Mulkerin's motion to disqualify the undersigned and all United

States District Court Judges for the Middle District of Pennsylvania, (Doc. 46),

and the government's motion for extension of time to respond to the motion,

(Doc. 49), it is hereby **ORDERED** as follows:

1) The government's motion, (Doc. 49), is **GRANTED** in part;

2) The government shall file a brief in opposition to the disqualification

   motion on or before **Tuesday, April 7, 2026.**

3) Defendant may file a reply brief on or before **Tuesday, April 14, 2026**.

4) The oral argument on defendant's motion for disqualification is

   **CONTINUED** from April 2, 2026 to **Wednesday, April 15, 2026 at 10:00**

   **AM** in Courtroom 2, William J. Nealon Federal Building and United

   States Courthouse, 235 N. Washington Ave., Scranton, PA 18503;

5) The hearing on defendant's motion for reconsideration of the detention motion, (Doc. 26), is **POSTPONED** pending a ruling on the disqualification motion.

6) Trial in the above matter is **CONTINUED** and will be rescheduled pending a ruling on the disqualification motion.

7) The period of delay resulting from this continuance is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) (delay resulting from any pretrial motion).

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**