**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **1:26CR22** |
| | : | |
| | : | |
| **v.** | : | **(JUDGE MUNLEY)** |
| | : | |
| **ANDREW MULKERIN ,** | : | |
| **Defendant** | : | |

**ORDER**

**NOW,** THIS ___ day of April 2026, upon consideration of Defendant, Andrew Mulkerin's motion to disqualify the undersigned and all United Stated District Court Judges for the Middle District of Pennsylvania (Doc 46), the parties briefs and after oral argument,

**IT IS HEREBY ORDERED:**

1) Defendant's motion is GRANTED in part and DENIED in part:

2) Defendant's motion to disqualify the undersigned is **GRANTED** pursuant to 28 U.S.C. § 455(a), which requires a judge to recuse herself in any proceeding in which her impartiality might reasonably be questioned;

3) Defendant's motion to disqualify all United States District Court Judges for the Middle District of Pennsylvania is **DENIED**; and

4) The order reassigning this case will follow.

BY THE COURT:

_____

**JUDGE JULIA K. MUNLEY**
**United States District Court**