UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA　　　:
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　:　　　　NO. 1:26-CR-22
　　　　　　　　　　　　　　　　　:
ANDREW MULKERIN,　　　　　　:　　　　(Judge Munley)
　　　　　　　Defendant.　　　　　:

## GOVERNMENT'S SUPPLEMENTAL JURY INSTRUCTIONS

The United States respectfully requests that the following instructions be included by the Court in its charge to the jury, in addition to the Court's standard instructions, and the instructions included in the Joint Proposed Jury Instructions filed by the attorneys for the Defendant.  The Government requests that Third Circuit Model Criminal Jury Instruction §5.01, Proof of Required Mental State of Mind, be included in the charge to the jury instead of the Defendant's proposed charges of "Theories of Defense," and "Good Faith Defense," which the Government submits are inappropriate charges in this case. The Government further respectfully requests leave to offer additional instructions as may become appropriate during the course of the trial.

Dated: May 5, 2026　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　BRIAN D. MILLER
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　/s/ James M. Buchanan
　　　　　　　　　　　　　　　James M. Buchanan
　　　　　　　　　　　　　　　Assistant U.S. Attorney

GOVERNMENT'S PROPOSED JURY INSTRUCTION NO. 1

Proof of Required Mental State of Mind

Often the state of mind with which a person acts at any given time cannot be proved directly, because one cannot read another person's mind and tell what he or she is thinking.  However, the defendant's state of mind can be proved indirectly from the surrounding circumstances.  Thus, to determine the defendant's state of mind at a particular time, you may consider evidence about what the defendant said, what the defendant did and failed to do, how the defendant acted, and all the other facts and circumstances shown by the evidence that may prove what was in the defendant's mind at that time.  It is entirely up to you to decide what the evidence presented during this trial proves, or fails to prove, about the defendants' states of mind.

You may also consider the natural and probable results or consequences of any acts the defendant knowingly did, and whether it is reasonable to conclude that the defendant intended those results or consequences.  You may find, but you are not required to find, that the defendant knew and intended the natural and probable consequences or results of acts he knowingly did.  This means that if you find that an

ordinary person in the defendant's situation would have naturally realized that certain consequences would result from their actions, then you may find, but you are not required to find, that the defendant did know and did intend that those consequences would result from their actions.  This is entirely up to you to decide as the finders of the facts in this case. [1]

---

[1] **Authority**: Third Circuit Model Criminal Jury Instructions, §5.01 (2024)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | NO. 1:26-CR-22 |
| | : | |
| ANDREW MULKERIN, | : | (Chief Judge Bumb) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the

Office of the United States Attorney for the Middle District of

Pennsylvania and is a person of such age and discretion to be competent

to serve papers.

That this 5th Day of May, 2026, she served a copy of the attached:

## GOVERNMENT'S SUPPLEMENTAL JURY INSTRUCTIONS

by ECF filing upon:

Heidi R. Freese, Esq.
Mike Leahey, Esq.
Attorneys for Defendant Mulkerin

/s/ Stephanie Kakareka
STEPHANIE KAKAREKA
Legal Administrative Specialist