IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:26-cr-00022 |
| | : | |
| v. | : | (Chief Judge Bumb) |
| | : | |
| | : | |
| ANDREW MULKERIN | : | (Electronically Filed) |

## **<u>DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS</u>**

AND NOW come the defendant, Andrew Mulkerin, by and through his

attorney, Heidi R. Freese, Esquire, and the law firm of Tucker Arensberg, P.C., and

respectfully requests that This Honorable Court instruct the jury on the law as set

forth in the following requests.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

Date: May 5, 2026

/s/*Heidi R. Freese*
Heidi R. Freese, Esquire
PA I.D. #87668
300 Corporate Center Drive, Ste. 200
Camp Hill, PA 17011
(717) 234-4121
HFreese@tuckerlaw.com

### 1. **Theory of Defense**[1]

Andrew Mulkerin pled not guilty to the charges in the Indictment. This plea of not guilty puts in issue each of the essential elements of the offenses as described in these instructions and imposes on the Government the burden of establishing each of these elements by proof beyond a reasonable doubt.

Mr. Mulkerin contends that he is not guilty because it was not a serious expression of an intent to inflict bodily injury or murder and made the statement in a joking manner.

---

[1] Third Circuit Model Criminal Jury Instructions §8.01 (2024).

## 2. Good Faith Defense[2]

The offenses of threatening to murder and assault unnamed United States Judges and unnamed Federal law enforcement officers requires that Mr. Mulkerin acted knowingly and intentionally.  If you find that Mr. Mulkerin acted in "good faith," that would be a complete defense to these charges, because good faith on the part of Mr. Mulkerin would be inconsistent with his acting knowingly or intentionally.

A person acts in "good faith" when he or she has an honestly held belief, opinion, or understanding that his acts were not unlawful, even though the belief, opinion, or understanding turns out to be inaccurate or incorrect.  Thus, in this case if Mr. Mulkerin made an honest mistake or had an honest misunderstanding about the threats, then he did not act knowingly or with intent.

Mr. Mulkerin does not have the burden of proving "good faith."  Good faith is a defense because it is inconsistent with the requirement of the offenses charged, that Mr. Mulkerin acted knowingly and intentionally. As I have told you, it is the Government's burden to prove beyond a reasonable doubt each element of the offense, including the mental state element.  In deciding whether the Government proved that Mr. Mulkerin acted knowingly and intentionally or, instead, whether Mr. Mulkerin acted in good faith, you should consider all of the evidence presented

---

[2] Third Circuit Model Criminal Jury Instructions §5.07 (2024).

in the case that may bear on Mr. Mulkerin's state of mind.  If you find from the evidence that Mr. Mulkerin acted in good faith, as I have defined it, or if you find for any other reason that the Government has not proved beyond a reasonable doubt that Mr. Mulkerin acted knowingly, you must find Mr. Mulkerin not guilty of the offenses of mailing threatening communications and threatening to injure or kill a Federal Judge or Federal law enforcement officers.

## <u>CERTIFICATE OF NONCONCURRENCE</u>

The Government has advised that it does not concur in the herein

Defendant's Supplemental Proposed Jury Instructions.


TUCKER ARENSBERG, P.C.

Date: May 5, 2026          /s/*Heidi R. Freese*
                           Heidi R. Freese, Esquire
                           PA I.D. #87668
                           300 Corporate Center Drive, Ste. 200
                           Camp Hill, PA 17011
                           (717) 234-4121
                           HFreese@tuckerlaw.com

## **CERTIFICATE OF SERVICE**

I, Heidi R. Freese, Esquire, do hereby certify that I have served Defendant's

Proposed Jury Instructions electronically as follows:

James M. Buchanan, Esquire
Sarah R. Lloyd, Esquire
Assistant United States Attorney

and sent to the defendant by placing the same in the United States mail, first class,

postage prepaid, addressed as follows:

Andrew Mulkerin


TUCKER ARENSBERG, P.C.

Date: May 5, 2026

/s/*Heidi R. Freese*
Heidi R. Freese, Esquire
PA I.D. #87668
300 Corporate Center Drive, Ste. 200
Camp Hill, PA 17011
(717) 234-4121
HFreese@tuckerlaw.com