Heidi R. Freese, Esquire
hfreese@tuckerlaw.com



May 5, 2026

*Via CM/ECF*

The Honorable Renée Marie Bumb
Chief District Judge for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   **Re: United States v. Andrew Mulkerin**
     **Case No. 1:26-CR-22**

Dear Chief Judge Bumb:

Per Your Honor's request, Defendant, Andrew Mulkerin sets forth his calculation of the time elapsed for purposes of the Speedy Trial Act, 18 U.S.C.S. 3161–3174.  As described in more detail below, it is Mr. Mulkerin's position that twenty-two (22) days have elapsed on the Speedy Trial Clock under this Indictment. Furthermore, pursuant to Mr. Mulkerin's calculation, the speedy trial clock will again commence on May 12, 2026.

As an initial matter, counsel has reviewed *United States v. Adams*, 36 F.4th 137 (3d Cir. 2022).  In *Adams*, the Third Circuit held that a court "may pause the speedy trial clock during 'any period of delay resulting from the granting of a continuance' but only if the court 'sets forth, in the record of the case, either orally

Tucker Arensberg, P.C.    300 Corporate Center Drive Suite 200 Camp Hill, PA 17011    p. 717.234.4121    f. 717.232.6802
www.tuckerlaw.com
One PPG Place, Suite 1500    Pittsburgh, PA 15222    p. 412.566.1212    f. 412.594.5619



or in writing its reasons for finding that the ends of justice served by the granting of a continuance outweigh the best interests of the public and the defendant in a speedy trial." *Id.* at 145 (quoting 178 U.S.C.S. 3161(h)(7)(A)). The *Adams* court also acknowledged that "the clock is tolled from the filing of 'any pretrial motion' until the 'conclusion of the hearing on, or other prompt disposition of, that motion. . . . The concept of 'prompt disposition' in turn is bounded by Section 3161(h)(1)(H), 'which permits an exclusion of not more than 30 days from the time a motion is actually 'under advisement' by the court." *Id.* (quoting *Henderson v. United States*, 476 U.S. 321, 329 (1986)).

Here, the Indictment was filed on February 18, 2026, and Mr. Mulkerin first appeared in Court on February 20, 2026. As such, the speedy trial clock commenced on February 20, 2026. Thereafter, Judge Munley entered a Preliminary Pretrial Order [Doc 17] on February 23, 2026. In that Order, she set a trial date of April 13, 2026, and set a pretrial motion deadline of March 13, 2026. Although Judge Munley used the "ends of justice" language in her order, she did not actually grant a continuance of the case. As such, it would be improper to exclude the time from the filing of the Order through the filing of the Government's deadline to file the pretrial motions on March 13, 2026. The parties did jointly request a

Tucker Arensberg, P.C.    300 Corporate Center Drive Suite 200 Camp Hill, PA 17011    p. 717.234.4121    f. 717.232.6802
www.tuckerlaw.com
One PPG Place, Suite 1500    Pittsburgh, PA 15222    p. 412.566.1212    f. 412.594.5619



April 6, 2026
Page 3

continuance of the filing of pretrial motions, and the Court granted that request on March 18, 2026 [Doc. 31]. In her March 18, 2026 Order continuing the deadline, Judge Munley again included the "ends of justice" language. As such, the period of time from March 13, 2026, through March 19, 2026 is excluded.

Following the filing of the Government's motion in limine, the speedy trial clock stopped until either the decision on the motion or thirty days after the motion was ripe for decision, whichever was earlier. Mr. Mulkerin filed his opposition to the motion in limine [Doc 44] on March 27, 2026. As such the thirty-day time period to decide the motion in limine started on March 27, 2026. The time period to decide the Government's motion in limine was paused and the speedy trial clock was also paused when Mr. Mulkerin filed his Motion to Disqualify the Judges for the Middle District of Pennsylvania [Doc. 46] on March 30, 2026. The period of time to decide the Government's motion in limine again began to run on April 16, 2026 when the Court granted in part Mr. Mulkerin's Motion to Disqualify.

Pursuant to the above, twenty-one (21) days elapsed from Mr. Mulkerin's initial appearance through the filing of the Government's Motion in Limine. The speedy trial clock has been paused since that date. As of today, twenty-two (22) days have elapsed from the period during which the speedy trial clock may be paused

Tucker Arensberg, P.C.    300 Corporate Center Drive Suite 200 Camp Hill, PA 17011    p. 717.234.4121    f. 717.232.6802
www.tuckerlaw.com
One PPG Place, Suite 1500    Pittsburgh, PA 15222    p. 412.566.1212    f. 412.594.5619



April 6, 2026
Page 4

to address the Government's Motion in Limine.   The speedy trial clock will again commence on May 12, 2026.

Respectfully Submitted,

**TUCKER ARENSBERG, P.C.**

  /s/   *Heidi R. Freese*

Heidi R. Freese, PA I.D. #87668
hfreese@tuckerlaw.com
Michael P. Leahey, PA I.D. #92933
mleahey@tuckerlaw.com
300 Corporate Center Drive, Suite 200
Camp Hill, PA 17011
(717) 221-7967
*Attorneys for Andrew Mulkerin*

Tucker Arensberg, P.C.    300 Corporate Center Drive Suite 200 Camp Hill, PA 17011    p. 717.234.4121    f. 717.232.6802
www.tuckerlaw.com
One PPG Place, Suite 1500    Pittsburgh, PA 15222    p. 412.566.1212    f. 412.594.5619