*U.S. v. Mulkerin, 1:26-CR-0002*

Please circle **Yes** or **No** in response to the following questions:

| | | |
|---|---|---|
| (1) | Do you or any of your close relatives or friends know any of the parties or prospective witnesses for either party in this case, including but not limited to the following: James Buchanan, AUSA, Alisan Martin, AUSA, Matthew Hartman, Deputy United States Marshal, Heidi R. Freese, Esq., Michael Leahey, Esq., Andrew Mulkerin, Irene Mulkerin, [Witness list] | **Yes** <br><br> **No** |
| (2) | Have you ever been a juror, either in a criminal case or civil case? | **Yes** <br><br> **No** |
| (3) | Have you ever served on a grand jury in either state or federal court? | **Yes** <br><br> **No** |
| (4) | Have you ever appeared as a witness in either state or federal court? | **Yes** <br><br> **No** |
| (5) | Have you or any member of your family, or any close friend ever been involved in law enforcement, either as an employee, a volunteer, or a staff person? | **Yes** <br><br> **No** |
| (6) | Have you or any member of your family, or any close friend been a judge or a courthouse employee? | **Yes** <br><br> **No** |

1

*U.S. v. Mulkerin, 1:26-CR-0002*

| (7) | Does anyone work for the Federal Government or have a close family member or friend who works for the Federal Government? | Yes<br><br>No |
| (8) | Have you, a member of your family, relative, or close friend ever been the victim of a crime? | Yes<br><br>No |
| (9) | Have you, a member of your family, relative, or close friend been the victim or subject of threatening, harassment, or stalking behavior, regardless of whether criminal charges were filed? | Yes<br><br>No |
| (10) | In this case, the Government is alleging that Andrew Mulkerin threatened to assault United States Judges and Federal Officers from the Middle District of Pennsylvania. Would the fact that the alleged victims are federal judges prevent you from considering this case fairly and impartially? | Yes<br><br>No |
| (11) | Would the fact that these individuals are judges cause you to give their testimony more weight than you would give to Mr. Mulkerin's testimony because of fact that they are federal judges? | Yes<br><br>No |
| (12) | Do you believe that a witness called by the prosecution is more trustworthy and reliable than a witness called by the defendant based solely on the fact that the prosecution called the witness? | Yes<br><br>No |
| (13) | Would any of you have a tendency to believe or to give greater weight to the testimony of a law enforcement officer merely because of his or her employment? | Yes<br><br>No |

*U.S. v. Mulkerin, 1:26-CR-0002*

| (14) | If the prosecution fails to meet its burden of proving the guilt of the accused with evidence that amounts to proof beyond a reasonable doubt, executing your sworn duty will require that you stand before the prosecutor and say "not guilty?" Do you have any concerns about carrying out that potential duty? | **Yes** <br><br> **No** |
|------|------|------|
| (15) | The Government is alleging that Mr. Mulkerin threatened Federal judges and unnamed Federal law enforcement officers with the intent to retaliate against such Judges and officers on account of the performance of their official duties.  Have you or any member of your family, or any close friend been involved in bankruptcy proceedings? | **Yes** <br><br> **No** |
| (16) | Individuals have the right to lawful speech, lawful association, and the right to lawfully petition the Government for redress. Do you disagree? | **Yes** <br><br> **No** |
| (17) | Do you or anyone in your household own a firearm? | **Yes** <br><br> **No** |
| (18) | Do you have any strong feelings about firearms that could prevent you from being fair and impartial? | **Yes** <br><br> **No** |
| (19) | Have you or anyone in your household, or close friend, had a negative experience involving guns? | **Yes** <br><br> **No** |
| (20) | Have you heard anything about this case from any person or source, including the newspapers, radio, or television? | **Yes** <br><br> **No** |

*U.S. v. Mulkerin, 1:26-CR-0002*

| (21) | Do any of the experiences inquired about above affect your ability to render a fair and impartial verdict in this case? | Yes<br><br>No |
|------|--------------------------------------------------------------------------------------------------------|---------------|
| (22) | Is there any other issue that affects your ability to render a fair and impartical verdict in this case? | Yes<br><br>No |

4