UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                            :
        v.                  :        NO. 1:26-CR-22
                            :
ANDREW MULKERIN,            :        (Chief Judge Bumb)
        Defendant.          :

## VERDICT FORM

WE, THE JURY, MAKE THE FOLLOWING UNANIMOUS

FINDINGS:

### Count 1 – 18 U.S.C. § 115(a)(1)(B)
### (Threatening to Assault United States Judges and Federal Officers)

On the charge of threatening to murder or assault unnamed

United States Judges and unnamed Federal law enforcement officers,

we find the defendant **Andrew Mulkerin**

_____ GUILTY              ✓_____ NOT GUILTY

The foregoing is the unanimous verdict of the jury in the above-captioned case of

### UNITED STATES OF AMERICA

#### v.

### ANDREW MULKERIN

Your deliberations are at an end.  The Foreperson should sign and date the verdict form and return it to the Courtroom Deputy.

**THE FOREPERSON MUST SIGN AND DATE THIS VERDICT FORM.**

_July 15, 2026_
DATE

_Carolyn Schwarman_
JURY FOREPERSON