AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA

UNITED STATES OF AMERICA

V.

ANDREW MULKERIN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  1:26-CR-22

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Renee Marie Bumb     Chief Judge  District of New Jersey
_____
Name of Judge                          Title of Judge

7/15/2026
_____
                      Date